■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD HAYES, Appellant. [29 NYS3d 195]—Appeal by the defendant from a resentence of the Supreme Court, Queens County (Blumenfeld, J.), imposed December 17, 2012, as amended December 18, 2012, upon his conviction of robbery in the first degree, the resentence being a term of imprisonment of 20 years to life as a persistent violent felony offender.

Ordered that the resentence is affirmed.

The Supreme Court properly adjudicated the defendant a persistent violent felony offender based on his 1985 conviction of attempted criminal possession of a weapon in the second degree under indictment No. 1103/84 and his 1991 conviction of attempted robbery in the first degree under indictment No. 3334/90 (Penal Law § 70.08 [1] [a]). Contrary to the defendant's contention, his claim that the court violated CPL 380.20 in sentencing him on his 1991 conviction under indictment No. 3334/90 does not amount to a constitutional challenge to the validity of that prior conviction (*see* CPL 400.15 [7] [b]; *see generally People v Bailey*, 132 AD3d 690 [2015]; *People v Henry*, 80 AD3d 625 [2011]).

The defendant's remaining contentions, raised in his pro se supplemental brief, are without merit. Eng, P.J., Hall, Sgroi and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v SHAKIR HEWITT, Defendant. [29 NYS3d 199]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the County Court, Westchester County, rendered July 29, 2014.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Eng, P.J., Leventhal, Cohen and Duffy, JJ., concur.